UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS C. WEST,<br><br>    Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. C05-5629FDB<br><br>ORDER |

    Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings, including the following: the administrative law judge (ALJ) will re-evaluate the medical source evidence, in particular, the opinions of Dr. Colkitt, Dr. Neims, Dr. Velmer, and Dr. Lewis; re-evaluate Plaintiff's credibility; re-evaluate Plaintiff's residual functional capacity; and, if warranted by the expanded record, obtain supplemental vocational expert testimony.

Page 1    ORDER- [C05-5629FDB]

This remand is pursuant to sentence four of 42 U.S.C. § 405(g).  Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).

DATED this 20th day of March 2006.

```
                                   _____
                                   FRANKLIN D. BURGESS
                                   UNITED STATES DISTRICT JUDGE
```

Recommended for Entry:

*/s/ J. Kelley Arnold*_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ Thomas M. Elsberry_____
THOMAS M. ELSBERRY    WSB # 26456
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Phone:  206-615-2112
Fax:     206-615-2531
thomas.elsberry@ssa.gov